UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC TAYLOR and
ANJANETTE TAYLOR,

      Plaintiffs,

                                   Case No. 05-71728

v.

                                   Honorable Patrick J. Duggan

TROOPER LISS, TROOPER SATTLER,
TROOPER BOYLE, OFFICER
RAYMOND FAES, SERGEANT
CRAWFORD, OFFICER TAYLOR,
OFFICER BRIAN HAWK, and SPECIAL
AGENT DEBRA LYNCH,

      Defendants.
_____/

**ORDER**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on July 5, 2006.

PRESENT:       THE HONORABLE PATRICK J. DUGGAN
                       U.S. DISTRICT COURT JUDGE

Plaintiffs Eric Taylor and Anjanette Taylor filed suit against Defendants following

an arrest, which occurred on April 22, 2003. Count I of their Complaint alleges that

Defendants violated their constitutional rights to be free from unlawful search and seizure

and excessive force. In Count II, Plaintiffs assert state law claims of false arrest and

assault and battery against Defendants. Presently before the Court are: (1) Defendants

Boyle and Faes's Motion for Summary Judgment; (2) Defendants Liss and Sattler's

Motion for Summary Judgment; and (3) Defendants Crawford's Motion for Summary Judgment.

For the reasons set forth in an Opinion issued this date,

**IT IS ORDERED** that Defendants Boyle, Crawford, Liss, and Sattler's Motions for Summary Judgment are **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Faes's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**.  All claims against Defendant Faes, except Plaintiff Eric Taylor's excessive force claim, are dismissed.

**IT IS FURTHER ORDERED** that Plaintiffs' Complaint is **DISMISSED** as to Defendants Boyle, Crawford, Taylor, Liss, and Sattler.

> s/PATRICK J. DUGGAN
> UNITED STATES DISTRICT JUDGE

Copies to:
Thomas R. Present, Esq.
Bert T. Ross, Esq.
Ethan Vinson, Esq.
Felepe H. Hall, Esq.
George M. DeGrood, III, Esq.
Geneva S. Halliday, Esq.